# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN THOMAS, | CASE NO. 1:21-cv- |
| Plaintiff, | |
| vs. | |
| TRANSUNION, LLC; EXPERIAN INFORMATION SERVICES INC.; and EQUIFAX INC.; | |
| Defendants. | |

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Court of Common Pleas, Kent County, State of Delaware (the "State Court"), to the United States District Court for the District of Delaware, on the following grounds:

1. Plaintiff Elan Thomas served Trans Union on or about May 20, 2022 with a Complaint filed in the Court of Common Pleas, Kent County, State of Delaware. Copies of the Complaint is attached hereto as **Exhibit A** respectively. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See generally Complaint.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Court of Common Pleas, Kent County, State of Delaware to the United States District Court for the District of Delaware.

5. Counsel for Trans Union has confirmed with the Court of Common Pleas, Kent County, State of Delaware that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the State Court to this United States District Court.

7. Notice of this removal will promptly be filed with the State Court and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Court of Common Pleas, Kent County, State of Delaware to this United States District Court, District of Delaware.

Date:  June 9, 2022                                                  **COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, DE  19801
Telephone:  (302) 984-3800
E-Mail:  bbennett@coochtaylor.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of June, 2022**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Elan Thomas<br>15 West Worthington Blvd.<br>Smyrna, DE  19977 | |

 

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)